Mark A. Romeo, Bar No. 173007
mromeo@littler.com
Derek S. Hecht, Bar No. 273039
dhecht@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, California  92612
Telephone:  949.705.3000
Fax No.:      949.724.1201

Attorneys for Defendant
PARALLEL ADVISORS, LLC

Matthew Berliner, Bar No. 224384
mb@berlinerlegal.com
BERLINER LEGAL
100 Spectrum Center Dr., Ste. 870
Irvine, California  92618
Telephone:  949.400.4653

Attorneys for Defendant
LIA WHISLER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| OSBORNE PARTNERS CAPITAL MANAGEMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LIA WHISLER, PARALLEL ADVISORS, LLC, and DOES 1-50,<br><br>Defendants. | Case No. 3:22-cv-02689-RS<br>**ORDER**<br>**STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE**<br><br>Date:        June 16, 2022<br>Time:       1:30 P.M.<br>Judge:     Hon. Richard Seeborg<br>Dept:       San Francisco Courthouse, Courtroom 3, 17th Floor<br><br>Trial Date: Not Set<br>Complaint Filed:      May 4, 2022 |

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA  92612
949.705.3000

4873-4220-3680.1 / 116149-1000

1

STIPULATION TO CONTINUE HEARING
AND BRIEFING SCHEDULE 3:22-CV-
02689-RS

1  WHEREAS, Plaintiff Osborne Partners Capital Management, LLC ("Plaintiff")
2  filed its Complaint and Ex Parte Motion for Temporary Restraining Order and
3  Expedited Discovery (the "Ex Parte Motion") on May 4, 2022;

4  WHEREAS, on May 6, 2022, Defendants Lia Whisler and Parallel Advisors,
5  LLC (collectively, "Defendants") filed their opposition to the Ex Parte Motion;

6  WHEREAS, on May 9, 2022, the Court entered an order on the Ex Parte Motion
7  (Dkt. No. 21) wherein the Court denied Plaintiff's motion for a temporary restraining
8  order, granted Plaintiff's request for expedited discovery and, directed Plaintiff to file a
9  motion for preliminary injunction by May 27, 2022, with Defendants' response(s) due
10  by June 3, 2022, and hearing on said motion set for June 16, 2022, and directing the
11  Parties to complete discovery by May 20, 2022;

12  WHEREAS, due in part to the vacation schedule of Parallel's lead attorney and
13  other confidential discussions between the parties, , Plaintiff and Defendants are unable
14  to complete discovery and brief the Motion for Preliminary Injunction in the time
15  provided for in the Court's May 9, 2022 Order for scheduling reasons; and

16  WHEREAS, Plaintiff and Defendants have agreed to a brief extension of the
17  deadlines and hearing date set forth in the Court's May 9, 2022 Order, and have checked
18  with the Court and confirmed the Court's availability to hear the Motion for Preliminary
19  Injunction.

20

21  ACCORDINGLY, the Parties jointing agree and stipulate, and request that the
22  Court issue, a revised briefing schedule, as follows:

23  1. The expedited discovery described in the May 9, 2022 Order shall be completed
24     by May 27, 2022;

25  2. Plaintiff's Motion for Preliminary Injunction shall be filed by June 3, 2022;

26  3. Defendants' Opposition shall be due on June 10, 2022; and

27

28  / / /

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA  92612
949.705.3000

4873-4220-3680.1 / 116149-1000

2

STIPULATION TO CONTINUE HEARING
AND BRIEFING SCHEDULE 3:22-CV-
02689-RS

1    4.  The hearing on Plaintiff's Motion shall be set for June 23, 2022.

2

3    Dated:        May 19, 2022

4                                                           BRAUNHAGEY & BORDEN LLP

5

6                                                            /s/Andrew Levine
                                                            Matthew Borden
7                                                           Andrew Levine

8                                                            Attorneys for Plaintiff
                                                            OSBORNE PARTNERS CAPITAL
9                                                           MANAGEMENT, LLC

10   Dated:        May 19, 2022

11                                                          LITTLER MENDELSON, P.C.

12

13                                                          /s/Mark A. Romeo
                                                            Mark A. Romeo
14                                                          Derek S. Hecht

15                                                          Attorneys for Defendant
                                                            PARALLEL ADVISORS, LLC
16

17   Dated:        May 19, 2022

18                                                          BERLINER LEGAL

19                                                          /s/ Matthew Berliner
20                                                          Matthew Berliner

21                                                          Attorneys for Defendant
                                                            LIA WHISLER
22

23

24   I   attest   that   each   of   the   other
     Signatories concur in the filing of this
25   document.

26   /s/Mark A. Romeo_____
     Mark A. Romeo
27

28

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA  92612
949.705.3000

4873-4220-3680.1 / 116149-1000

STIPULATION TO CONTINUE HEARING
AND BRIEFING SCHEDULE 3:22-CV-
02689-RS

## ORDER

The Court having considered the foregoing Stipulation, and good cause appearing, HEREBY ORDERS that:

1)  The Court modifies the date for the hearing on Plaintiff's Motion for a Preliminary Injunction and the associated deadlines, as set forth in the Parties' Stipulation;

2)  The expedited discovery described in the May 9, 2022 Order shall be completed by May 27, 2022;

3)  Plaintiff's Motion for Preliminary Injunction shall be filed by June 3, 2022;

4)  Defendants' Opposition shall be due on June 10, 2022; and

5)  The hearing on Plaintiff's Motion shall be set for June 23, 2022.

**IT IS SO ORDERED.**

Dated: May 20, 2022

HONORABLE RICHARD SEEBORG
United States District Court Judge

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

4873-4220-3680.1 / 116149-1000

4

STIPULATION TO CONTINUE HEARING
AND BRIEFING SCHEDULE 3:22-CV-
02689-RS