Mark A. Romeo, Bar No. 173007
mromeo@littler.com
Derek S. Hecht, Bar No. 273039
dhecht@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, California  92612
Telephone:  949.705.3000
Fax No.:     949.724.1201

Attorneys for Defendant
PARALLEL ADVISORS, LLC

Matthew Berliner, Bar No. 224384
mb@berlinerlegal.com
BERLINER LEGAL
100 Spectrum Center Dr., Ste. 870
Irvine, California  92618
Telephone:  949.400.4653

Attorneys for Defendant
LIA WHISLER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSBORNE PARTNERS CAPITAL MANAGEMENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LIA WHISLER, PARALLEL ADVISORS, LLC, and DOES 1-50, <br><br> Defendants. | Case No. 3:22-cv-02689-RS <br><br> **FURTHER STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE AS MODIFIED BY THE COURT** <br> Date:      June 16, 2022 <br> Time:      1:30 P.M. <br> Judge:    Hon. Richard Seeborg <br> Dept:      San Francisco Courthouse, Courtroom 3, 17th Floor <br><br> Trial Date: Not Set <br> Complaint Filed:      May 4, 2022 |

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA  92612
949.705.3000

4873-4220-3680.2 / 116149-1001
06/03/22 2:40PM

1

FURTHER STIPULATION TO CONTINUE
HEARING AND BRIEFING SCHEDULE
3:22-CV-02689-RS

1    WHEREAS, on May 19, 2002, Plaintiff Osborne Partners Capital Management,

2  LLC ("Plaintiff") and Defendants Lia Whisler and Parallel Advisors, LLC ("Parallel")

3  (collectively, "Defendants") filed a Stipulation to Continue the Hearing and Briefing

4  Schedule based on, in part, the vacation schedule of Parallel's lead attorney and other

5  confidential discussions between the parties.

6    WHEREAS, as of today's date, the parties have reached a settlement in principle

7  and, thus, the parties believe that it is in their respective best interests to further continue

8  the dates set forth in the Court's May 9, 2022 Order to allow them finalize the

9  settlement.

10    ACCORDINGLY, the Parties jointing agree and stipulate, and request that the

11  Court issue, a revised briefing schedule, as follows:

12  1. The expedited discovery described in the May 9, 2022 Order shall be completed

13     by June 17, 2022;

14  2. Plaintiff's Motion for Preliminary Injunction shall be filed by June 24, 2022;

15  3. Defendants' Opposition shall be due on July 1, 2022; and

16  4. The hearing on Plaintiff's Motion shall be set for July 8, 2022.

17
Dated:      June 3, 2022
18                                      BRAUNHAGEY & BORDEN LLP

19

20                                       /s/ Andrew Levine
21                                      Matthew Borden
                                        Andrew Levine
22
                                         Attorneys for Plaintiff
23                                      OSBORNE PARTNERS CAPITAL
                                        MANAGEMENT, LLC
24

25

26                      [SIGNATURES CONTINUED ON NEXT PAGE]
27

28

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

4873-4220-3680.2 / 116149-1001
06/03/22 2:40PM

2

FURTHER STIPULATION TO CONTINUE
HEARING AND BRIEFING SCHEDULE
3:22-CV-02689-RS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:        June 3, 2022

LITTLER MENDELSON, P.C.


/s/ Mark A. Romeo
Mark A. Romeo
Derek S. Hecht

Attorneys for Defendant
PARALLEL ADVISORS, LLC

Dated:        June 3, 2022

BERLINER LEGAL


/s/ Matthew Berliner
Matthew Berliner

Attorneys for Defendant
LIA WHISLER

I attest that each of the other Signatories concur in the filing of this document.

 /s/ Mark A. Romeo
Mark A. Romeo

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

4873-4220-3680.2 / 116149-1001
06/03/22 2:40PM

3

FURTHER STIPULATION TO CONTINUE
HEARING AND BRIEFING SCHEDULE
3:22-CV-02689-RS

1

## <u>ORDER</u>

2   The Court having considered the foregoing Stipulation, and good cause

3   appearing, HEREBY ORDERS that:

4   1) The Court modifies the date for the hearing on Plaintiff's Motion for a

5   Preliminary Injunction and the associated deadlines, as set forth in the Parties'

6   Stipulation;

7   2) The expedited discovery described in the May 9, 2022 Order shall be

8   completed by June 17;

9   3) Plaintiff's Motion for Preliminary Injunction shall be filed by June 24, 2022;

10   4) Defendants' Opposition shall be due on July 1, 2022; and

11   5) The hearing on Plaintiff's Motion shall be set for July 14, 2022.

12   **IT IS SO ORDERED.**

13   Dated: June 3, 2022

14   _____

15   United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

4873-4220-3680.2 / 116149-1001
06/03/22 2:40PM

4

FURTHER STIPULATION TO CONTINUE
HEARING AND BRIEFING SCHEDULE
3:22-CV-02689-RS